UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HACH PHETH,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondents.

Case No. 2:19-770-BJR

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED WITHOUT PREJUDICE**;
3. Petitioner is **DENIED** issuance of a certificate of appealability; and
4. The Clerk shall send a copy of this Order to the parties.

DATED this 22nd day of July, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL- 1